**Entered on Docket**
**December 07, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of
January 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-NC1 Mortgage Pass-Through
Certificates, Series 2007-NC1
09-76847

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28164-MKN |
| Earthie James Burton and Sheila D. Preston | Date: 11/10/09<br>Time: 9:30am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of January 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1, its assignees and/or successors in interest, of the subject property, generally described as 517 Freeman Ave., Las Vegas, NV 89106, and legally described as follows:

> LOT TWENTY-NINE (29) IN BLOCK TWO (2) OF BERKLEY SQUARE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 4 OF PLATS, PAGE 39, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

///
///
///
///
///
///
///
///
///
///
///
///
///

1 ///

2 ///

3 ///

4 ///

5

6          **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

7 **give Debtors at least five business days' notice of the time, place and date of sale.**

8

9          DATED this _____ day of _____2009

10

11

12 Submitted by:

13 **WILDE & ASSOCIATES**

14 By:____/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**

15 Attorney for Secured Creditor
208 South Jones Boulevard

16 Las Vegas, Nevada 89107

17 APPROVED / DISAPPROVED

18 By:_____

19 David L. Tanner
7472 W. Sahara Ave. #101

20 Las Vegas, NV 89117
Attorney for Debtor(s)

21

22 Nevada Bar No:_____

23 APPROVED / DISAPPROVED

24 By:_____

25 William A. Leonard
5030 Paradise Road, #B216

26 Las Vegas, NV 89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor